**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: February 01, 2011**

John E. Hoffman, Jr.
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

```
IN RE:                          )
                                )
  MATTHEW DALE FRIEND            )
  SSN:  XXX-XX-4404              )
                                )
     AND                        )   CASE NO. 10-64471
                                )         CHAPTER 7
  JENNIFER LYNN FRIEND           )   JUDGE J. E. HOFFMAN, JR.
  SSN:  XXX-XX-6051              )
                                )
          Debtors               )
```

**ORDER APPOINTING ATTORNEY (DOC. 16)**

This matter came on to be considered upon the Application of the trustee herein to retain D. William Davis as attorney for the trustee. The Court finds that notice of this application has been served upon the Debtors, Counsel for the Debtors and the U.S. Trustee, and that no objections have been filed in opposition to said application.

**WHEREUPON**, in consideration of said Application, the Court, being fully advised in the premises, finds that it will be in the best interests of the within estate that the trustee have competent legal counsel to advise and assist him in the administration of said estate, that the trustee be authorized to retain D. William Davis as attorney for the estate, and that D. William Davis is qualified to act as such attorney under 11 U.S.C. §327.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that D. William Davis be, and he hereby is, appointed as attorney for the trustee for the within estate, to represent the trustee generally; that said appointment shall be effective as of the date of the Application for this Order; and that the compensation of D. William Davis, as such attorney, shall be fixed and paid as an expense of administration of the within estate.

**IT IS SO ORDERED.**

Copies to:
Default List

###