**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MATTHEW DALE FRIEND ) | |
| SSN: XXX-XX-4404 ) | CASE NO. 10-64471 |
| ) | CHAPTER 7 |
| AND ) | JUDGE J. E. HOFFMAN, JR. |
| ) | |
| JENNIFER LYNN FRIEND ) | |
| SSN: XXX-XX-6051 ) | |
| ) | |
| Debtors ) | |

**NOTICE OF WITHDRAWAL OF APPLICATION OF TRUSTEE**
**TO COMPEL DELIVERY OF TAX REFUNDS**

Now comes D. William Davis, duly appointed and acting Trustee of Matthew Dale Friend and Jennifer Lynn Friend, and said Trustee hereby withdraws the Application of Trustee to Compel Delivery of Tax Refunds, which application was filed on February 1, 2011 (Doc. 17).

/s/D. William Davis
D. William Davis, Trustee
Reg. No. 0019639
407-A Howard Street
Bridgeport, OH 43912
Telephone: (740) 635-1217
Fax: (740) 633-9843
dwilliamdavis@comcast.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal was served upon the following parties either electronically or by first-class mail, postage prepaid, this 1st day of March, 2011:

    1.  Matthew Dale Friend and Jennifer Lynn Friend, 2555 Fernwood Road, Steubenville, OH 43952.

    2.  Diana Khouri, 6300 Rockside Road, Suite 204, Cleveland, OH 44131.

    3.  Mary Anne Wilsbacher, Assistant U.S. Trustee, Office of the U.S. Trustee, 170 North High Street, Suite 200, Columbus, OH 43215  ustpregion09.cb.ecf@usdoj.gov.

/s/D. William Davis
D. William Davis, Trustee
407-A Howard Street
Bridgeport, OH 43912
Telephone:  (740) 635-1217
Fax:  (740) 633-9843
dwilliamdavis@comcast.net
Reg. No. 19639